UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>QUACH, INC.,<br><br>    Defendant. | Case No. 21-cv-08778-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 19 |

Plaintiff Rafael Arroyo, Jr. served his complaint on Defendant Quach, Inc. in this case on December 26, 2021. Under General Order 56, the parties were therefore required to complete a joint site inspection by February 24, 2022. *See id.* ¶ 7. The parties did not comply with that deadline. *See* ECF No. 19. Instead, on March 9, 2022 – almost two weeks after the deadline passed – they filed a request to forego the joint inspection. *Id.* The Court has already frequently been required to address Plaintiff's counsel's failure to comply with Court deadlines. *See, e.g., Johnson v. Silvercreek Yuba I, LLC*, Case No. 21-cv-05907; *Johnson v. Gamba*, Case No. 21-cv-06708; *Whitaker v. Sugarman*, Case No. 4:21-cv-07308; *Johnson v. T&V Investment, Inc.*, Case No. 21-cv-09162.

The parties are ordered to show cause in writing by May 24, 2022, why sanctions should not be imposed for failure to comply with the Court's orders. *See* Civ. L.R. 1-4; *Wang v. Nevada Sys. of Higher Educ.*, No. 3:18-CV-00075-MMD(CLB), 2022 WL 95428, at *4 (D. Nev. Jan. 10, 2022) ("Federal courts have the inherent power to punish conduct which abuses the judicial process, including accessing attorneys' fees when a party has 'acted in bad faith, vexatiously, wantonly, or for oppressive reasons.'" (quoting *Chambers v. NSDCO, Inc.*, 501 U.S. 32, 45-46 (1991)).

1     The Court will conduct a show cause hearing on June 7, 2022, at 2:00 p.m.

2     **IT IS SO ORDERED.**

3 Dated: March 15, 2022



_____
JON S. TIGAR
United States District Judge